IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **13-cv-1683-AP**

**SHANE C. YOUNGER,**

        Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

        Defendant.

## ORDER OF DISMISSAL

**KANE, J. ORDERS**

An Order to Show Cause was issued on April 10, 2014 directing Plaintiff to Show Cause, in writing, why this case should not be dismissed for failure to prosecute. To date, Plaintiff has neither filed his opening brief, which was due on May 26, 2014, nor responded to the Order to Show Cause by the deadline of April 25, 2014. It is, therefore,

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

DATED at Denver, Colorado this 29th day of April, 2014.

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT