IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01683-WYD

SHANE C. YOUNGER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**ORDER**

Daniel, J.

    This matter is before the court *sua sponte*.  The parties have indicated their intent under D.C.COLO.LCivR 72.2(d) to consent to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c).  (*See* **Joint Case Management Plan** ¶ 10 [#27], filed February 10, 2015.)  To effectuate that consent, the parties must file the form required under Rule 72.2(d), entitled "Consent to the Exercise of Jurisdiction by a United States Magistrate Judge," a copy of which is attached to this Order.[1]  If the parties persist under Rule 72.2(d) in their consent to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c), they should complete and file the consent form attached to this Order.

    **THEREFORE, IT IS ORDERED** that by **August 25, 2015**, the parties may sign and file the attached form of consent.

---

[1] A paradigm of this form also is available on the court's website under "Rules & Procedures" at "Forms" and then under "Local Rules of Practice Forms."

Dated: August 12, 2015

BY THE COURT:

/s/ *Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE