IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01683-WYD

SHANE C. YOUNGER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

Daniel, J.

THIS MATTER is before the Court upon review of the file.  The **September 8, 2015** deadline for filing an optional Reply Brief having passed in this social security appeal, briefing is deemed complete and the case is ready for reassignment to a merits judge under this Court's local rules.  Because the parties consented to the exercise of jurisdiction by a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2, the clerk of the court shall reassign this matter to a magistrate judge for a decision on the merits.

Dated:  September 11, 2015

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE