IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01683-NYW

SHANE C. YOUNGER,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Memorandum Opinion and Order signed by the Honorable Nina Y. Wang on February 16, 2016, incorporated herein by reference, it is

ORDERED that the Commissioner's final order is AFFIRMED IN PART, and REVERSED and REMANDED IN PART, for further consideration of step 4 to include consideration of Plaintiff's remaining limitations and which of those limitations, if any, would be disabling.  It is

FURTHER ORDERED that the matter is REMANDED to the Commissioner for further proceedings consistent with this order and judgment.

DATED at Denver, Colorado this   16th   day of February, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ N. Marble
N. Marble, Deputy Clerk

2